■ In the Matter of the Claim of JOHN OMOLINO, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for an order

fixing the fees and disbursements of Robert L. Harder, Esq., attorney for the claimant-respondent herein. Motion granted and his fees are hereby allowed and fixed in the sum of $150 and his disbursements are allowed in the sum of $25. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.